■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN VASQUEZ, Appellant. [682 NYS2d 581] —Judgment, Supreme Court, New York County (Herbert Altman, J., at hearing; Patricia Williams, J., at jury trial and sentence), rendered February 16, 1996, convicting defendant of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4¹/₂ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). We see no reason to disturb the jury's determinations concerning credibility of witnesses and reliability of identification testimony.

We have considered and rejected the contentions raised in defendant's *pro se* supplemental brief. Concur—Ellerin, J. P., Nardelli, Tom and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LENNY JOHNSON, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [682 NYS2d 582] —Order, Supreme Court, Bronx County (John Byrne, J.), entered on or about May 20, 1997, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. Concur—Ellerin, J. P., Nardelli, Tom and Andrias, JJ.